IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SELECT REHABILITATION, LLC, | ) |
| PLAINTIFF | ) |
| v. | ) Case No. 3:24-cv-242-DJH |
| AFFINITY HEALTH PARTNERS LLC, | ) |
| DEFENDANT. | ) |

## DEFAULT JUDGMENT

This matter comes before the Court on the Motion for Entry of Default Judgment by Plaintiff, Select Rehabilitation, LLC ("Select"), against Defendant, Affinity Health Partners, LLC, ("Defendant"), and the Court finding that Defendant has been duly and properly served with the Complaint, and that Defendant has failed to file an answer or otherwise plead and is in default,

It is hereby ORDERED, ADJUDGED, and DECREED that Select have judgment against Defendant for the following:

1. Damages in the principal amount of $262,910.13;

2. Prejudgment interest through July 31, 2024 in the amount of $121,417.43 with *per diem* interest in the amount of $129.65 for each day thereafter until entry of judgment;

3. Post-judgment interest from the date of judgment accruing at the rate of 4.23%;

4. Attorney fees in the amount of $4,193.50; and

5. Costs of the action in the amount of $498.00.

THIS IS A FINAL AND APPEALABLE JUDGMENT, THERE BEING NO JUST CAUSE FOR DELAY.

Dated: December 9, 2024

David J. Hale, Judge
United States District Court

Tendered by:

/s/Laura M. Brymer

FULTZ MADDOX DICKENS PLC
Phillip A. Martin (KY# 88985)
Laura M. Brymer (KY #95038)
101 S. Fifth Street, Ste. 2700
Louisville, KY 40202
(502) 588-2000
Fax: (502) 588-2020
pmartin@fmdlegal.com
lbrymer@fmdlegal.com
*Counsel for Plaintiff*